STATE OF NEW JERSEY v. EMMIT BLACKSHIR.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF
R.B., A JUVENILE.

June 21, 1988.

Petition for certification denied.

PATRICIA BLUVIAS v. WINFIELD MUTUAL
HOUSING CORPORATION.

WINFIELD MUTUAL HOUSING CORPORATION v.
JOSEPH BUTCHKO.

June 21, 1988.

Petition for certification granted.   (See 224 *N.J.Super.* 515)

LOURDES SAN PEDRO v. ALEXA LAUBER.

June 21, 1988.

Petition for certification denied.